B240C ALT (Form 240C) (04/10)                                    [EDVA ver. 04/10]

# United States Bankruptcy Court
# Eastern District of Virginia

In re                                                            Case No.

                Debtor(s)                                            Chapter

## ORDER ON REAFFIRMATION AGREEMENT

      The debtor(s) _____ filed
                               (Name(s) of debtor(s))
_____ on _____
                                                  (Date filed)
made between the debtor(s) and the creditor _____.
                                                    (Name of creditor)
The court held the hearing required by 11 U.S.C. §524(d) or §524(m), on notice to the debtor(s) and the creditor on _____.
              (Date)

COURT ORDER:

- [ ] The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

- [ ] The court grants the debtor's motion under 11 U.S.C. §524(k)(8) and approves the reaffirmation agreement described above.

- [ ] The court reviewed the presumption of undue hardship and does not disapprove the reaffirmation agreement under 11 U.S.C. §524(m).

- [ ] The court disapproves the reaffirmation agreement under 11 U.S.C. §524(m)

- [ ] The court does not approve the reaffirmation agreement.

- [ ] Sets the matter for a hearing on _____.

- [ ]

                                                          BY THE COURT

Date: _____          _____
                                                       *United States Bankruptcy Judge*

                                                        NOTICE OF JUDGMENT OR ORDER
                                                       ENTERED ON DOCKET: _____